JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Partida,<br><br>           Plaintiff,<br><br>     v.<br><br>East West Bank; Stonehill Builders, Ltd., a California Limited Partnership; Calco, Inc., a California Corporation; Jeanne Paster Family Trust; and Does 1-10, Inclusive,<br><br>           Defendants. | Case: CV 14-1581-GW(VBKx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 29, 2014    _/s/ George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE